United States Bankruptcy Court-District of South Carolina
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423
Chapter 13
Case Number: 19-01083-jw to Judge John E. Waites.

March 18, 2019
Re: Ida D. Palmer (803) 457-4637
400 Grover Wilson Road.
Blythewood, South Carolina 29016
Aka Ida Della Palmer and/or Ida Palmer
SSN/ITIN: XXX-XX-8668

The bankruptcy trustee is: William K. Stephenson, Jr.
3700 Forest Drive, Suite 302
P. O. Box 8477
Columbia, South Carolina 29202
Phone No. (803) 254-2981

RECEIVED
at ___ O'clock & ___ min. ___ M
MAR 19 2019
United States Bankruptcy Court
Columbia, South Carolina

FILED
at ___ O'clock & ___ min. ___ M
MAR 19 2019
United States Bankruptcy Court
Columbia, South Carolina

In the above referenced case, petition was filed on 02/26/2019

Dear Sir(s):

I hereby respectfully request from this Honorable Court that I be allowed an additional 15 days to file my missing documents, because of my potential denial of South Carolina Legal Services, as a result of my non-qualification. I have been informed that their In-Take Office is only open Monday thru Friday and maybe they will probably be able to give me a final decision next week, whether I can be represented by them because of my circumstances.

Therefore, I am additionally seeking a low cost attorney to represent me in this matter. Whereas, I have been making the necessary arrangements for counsel, so that I can be provided Civil Legal Services to protect my interest and have full and fair access to justice in your Court.

Wherefore, I am looking forward to your consideration and co-operation in the above-captioned matter.

Sincerely yours,
Ida D. Palmer
Ida D. Palmer, Pro Se Debtor

CC: Bankruptcy Trustee, William K. Stephenson, Jr.
File: